IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STATE OF WISCONSIN, ex. rel.
RONALD R. KOTAS,

    Plaintiff,

v.

CIRCUIT COURT OF PORTAGE COUNTY
and JUDGE FINN,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-738-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Ronald R. Kotas for a writ of mandamus with prejudice for lack of subject matter jurisdiction.

_____      _____
Peter Oppeneer, Clerk of Court                  4/21/11
                                                                          Date